THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Christopher Boone, Appellant.
 
 
 

Appeal From Horry County
Steven H. John, Circuit Court Judge

Unpublished Opinion No. 2012-UP-157
 Submitted February 1, 2012  Filed March
7, 2012   

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for
 Respondent.
 
 
 

PER CURIAM:  Christopher Boone appeals his guilty plea and
 sentence, arguing his guilty plea failed to comply with the mandates set forth
 in Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.  
WILLIAMS, THOMAS, and
 LOCKEMY, JJ., concur.
[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.